# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### STATESBORO DIVISION

TAVARES DOUGLAS HARRIS,

        Plaintiff,

    v.

DARREL GORDON, et al.,

        Defendants.

CIVIL ACTION NO.: 6:18-cv-56

## O R D E R

Presently before the Court are Plaintiff's Objections, (doc. 7), to the Magistrate Judge's Report and Recommendation dated July 10, 2018, (doc. 6). Through his Objections, Plaintiff fails to set forth any assertions indicating he was in imminent danger of serious physical injury at the time he filed his Complaint on May 21, 2018. (Doc. 7.) The Magistrate Judge correctly determined Plaintiff cannot proceed *in forma pauperis* in this action under 28 U.S.C. § 1915(g). (Doc. 6.)

Thus, after an independent and *de novo* review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. The Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **OVERRULES** Plaintiff's Objections. The Court **DISMISSES without prejudice** Plaintiff's Complaint pursuant to Section 1915(g), (doc. 1), **DISMISSES as moot** Plaintiff's Motion/Petition for Order Regarding Mailroom Staff, (doc. 4), and **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case. Additionally, the Court **DENIES** Plaintiff leave to proceed

*in forma pauperis* on appeal.

     **SO ORDERED**, this 20th day of August, 2018.


                                                J. RANDAL HALL, CHIEF JUDGE
                                                UNITED STATES DISTRICT COURT
                                                SOUTHERN DISTRICT OF GEORGIA